**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Precision Sampling, Inc., | No. CV 12-02228-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| EA Engineering, Science and Technology, Inc., | |
| Defendant. | |

Before the court is defendant/counterclaimant EA Engineering, Science and Technology, Inc.'s motion to dismiss its counterclaim without prejudice and to enter final judgment for defendant on plaintiff's complaint (doc. 32). Plaintiff/counterdefendant does not oppose the motion to dismiss (doc. 34).

Therefore, **IT IS ORDERED GRANTING** defendant/counterclaimant's motion to dismiss counterclaim without prejudice (doc. 32). The clerk shall enter final judgment in favor of defendant on the complaint as set forth in our order filed February 14, 2013 (doc. 16).

DATED this 8th day of July, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge